# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE DIAZ,<br><br>    Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-01341-DAD-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANT WELLS FARGO BANK, N.A. ON THE DOCKET**<br><br>(ECF No. 19) |

On January 2, 2019, Plaintiff, Alice Diaz, filed a notice of voluntary dismissal of the claims against Wells Fargo Bank, N.A., with prejudice. (ECF No. 29). Thus, the claims against said defendant have been dismissed. *See* Fed. R. Civ. P. 41(a); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to terminate Defendant Wells Fargo Bank, N.A. on the docket.

IT IS SO ORDERED.

Dated: **January 7, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1