1  RENEE CHOY OHLENDORF (SBN 263939)
   rchoy@hinshawlaw.com
2  HINSHAW & CULBERTSON LLP
   One California Street
3  18th Floor
   San Francisco, CA 94111
4  Telephone:   415-362-6000
   Facsimile:   415-834-9070
5
   Attorneys for Defendant TD BANK USA, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ALICE DIAZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TRANS UNION, LLC, a Delaware limited liability company; BANK OF AMERICA, N.A., a foreign corporation; CHASE BANK (USA), N.A., a foreign corporation; DITECH FINANCIAL, LLC, a foreign limited liability company; and WELLS FARGO BANK, NA., a foreign corporation,<br><br>　　　　Defendants. | Case No. 1:18-cv-01341-DAD-EPG<br><br>**ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANT TD BANK USA, N.A. TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: September 28, 2018<br>Response Date:　January 8, 2019<br>New Response Date:　February 6, 2019 |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Alice Diaz ("Plaintiff") and Defendant TD BANK USA., N.A. ("Defendant" or "TD Bank"), by and through their respective attorneys of record, and pursuant to F.R.C.P. 6(b) and Local Rule 144(a), do hereby agree and stipulate as follows:

**WHEREAS**, Plaintiff filed the Complaint in the above-captioned lawsuit on September 28, 2018;

**WHEREAS**, Plaintiff served the Summons and Complaint on TD Bank on or about December 18, 2018,

1

**WHEREAS**, Defendant is to answer or otherwise respond to the Complaint on or before January 8, 2019;

**WHEREAS**, the parties have agreed to a thirty (30) day extension for Defendant to answer or otherwise respond to Plaintiff's Complaint, up to and including February 6, 2019. This extension will not affect any pending court dates or deadlines, nor will it prejudice any party herein.

**IT IS HEREBY STIPULATED** that TD Bank is hereby granted an extension of time of thirty (30) days within which to answer or otherwise respond to Plaintiff's Complaint, up to and including February 6, 2019.

Dated: January 7, 2019                    HINSHAW & CULBERTSON LLP

                                          By: */s/ Renee Choy Ohlendorf*
                                          RENEE CHOY OHLENDORF
                                          Attorneys for Defendant TD BANK USA, N.A.

Dated: January 7, 2019                    KENT LAW OFFICES

                                          By: */s/ Trinette G. Kent (as authorized on 01/07/2019)*
                                          TRINETTE G. KENT
                                          Attorneys for Plaintiff ALICE DIAZ

# ORDER

Pursuant to the above stipulation of the parties, it is so ordered.

IT IS SO ORDERED.

Dated: **January 8, 2019**　　　　　　　　/s/ *Erici P. Grosj*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE