**Stuart B. Wolfe (SBN 156471)**
*sbwolfe@wolfewyman.com*
**Jonathan C. Cahill (SBN 287260)**
*jccahill@wolfewyman.com*
**WOLFE & WYMAN LLP**
**980 9th Street, Suite 2350**
**Sacramento, California 95814**
**Telephone: (916) 912-4700**
**Facsimile: (916) 329-8905**

**Attorneys for Defendant**
**DITECH FINANCIAL LLC**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ALICE DIAZ<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TRANS UNION, LLC, a Delaware limited liability company; BANK OF AMERICA, N.A., a foreign corporation; CHASE BANK (USA), N.A., a foreign corporation; TD BANK USA, N.A., a foreign corporation; DITECH FINANCIAL LLC, a foreign corporation limited liability company; and WELLS FARGO BANK, N.A., a foreign corporation<br><br>　　　　　　Defendants. | Case No. 1:18-cv-01341-DAD-EPG<br>Magistrate Judge Erica P. Grosjean<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DITECH FINANCIAL LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed:　September 28, 2018 |

**TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

Plaintiff Alicia Diaz ("Plaintiff") and Defendant Ditech Financial LLC ("Defendant" or "Ditech") (collectively, the "Parties") by and through their respective attorneys of record, and pursuant to L.R. 144, hereby agree and stipulate as follows:

**WHEREAS**, Plaintiff filed a Complaint September 28, 2018, thereby initiating the above-captioned matter;

| | |
|---|---|
| 1 | **WHEREAS**, Plaintiff served the Summons and Complaint upon Ditech on November 19, 2018; |
| 2 | |

**WHEREAS**, Plaintiff served the Summons and Complaint upon Ditech on November 19, 2018;

**WHEREAS**, counsel for Plaintiff and Ditech have met and conferred, and have agreed to extend Ditech's response deadline to the Complaint.

**NOW THEREFORE,** it is hereby stipulated between the Parties that the time for Ditech to answer or otherwise respond to Plaintiff's Complaint shall be extended up to and including February 11, 2019.

**IT IS SO STIPULATED.**

DATED: January 28, 2019     WOLFE & WYMAN LLP

By: /s/ Jonathan C. Cahill
STUART B. WOLFE
JONATHAN C. CAHILL
Attorneys for Defendant
**DITECH FINANCIAL LLC**

DATED: January 28, 2019     KENT LAW OFFICES

By: /s/ Trinette G. Kent (authorized 1/28/19 via email)

TRINETTE G. KENT
Attorneys for Plaintiff
**ALICE DIAZ**

## **ORDER**

Pursuant to the above stipulation of the Parties, it is so ordered.

IT IS SO ORDERED.

Dated: **January 29, 2019**       /s/ *Erici P. Grosj*
                                  UNITED STATES MAGISTRATE JUDGE