# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE DIAZ,<br><br>        Plaintiff,<br><br>    v.<br><br>CHASE BANK (USA), N.A., et al.,<br><br>        Defendants. | Case No. 1:18-cv-01341-DAD-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 45) |

     Plaintiff, Alice Diaz, and Defendant Chase Bank (USA), N.A. ("Chase Bank"), have filed a stipulation to dismiss with prejudice all claims against Chase Bank. (ECF No. 45.) Pursuant to the stipulation, the case against Chase Bank has ended and the case is dismissed with prejudice only as to Chase Bank. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

IT IS SO ORDERED.

    Dated: **March 19, 2019**                 /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

2