UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE DIAZ,<br><br>        Plaintiff,<br><br>v.<br><br>TD BANK USA, N.A., et al.,<br><br>        Defendants. | Case No. 1:18-cv-01341-DAD-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT TD BANK USA, N.A., ONLY<br><br>(ECF No. 44) |

On March 18, 2019, Plaintiff, Alice Diaz, filed a notice of voluntary dismissal with prejudice of all claims against Defendant TD Bank USA, N.A. ("TD Bank"). (ECF No. 44.) Defendant TD Bank has not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case has ended and is dismissed with prejudice as to TD Bank only. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

IT IS SO ORDERED.

Dated: **March 19, 2019**  /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE

1