# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE DIAZ,<br><br>        Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>        Defendants. | Case No. 1:18-cv-01341-DAD-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF THE CLAIMS AGAINST BANK OF AMERICA, N.A.<br><br>(ECF No. 54) |

On April 12, 2019, Plaintiff, Alice Diaz, filed a notice of voluntary dismissal, with prejudice, of the claims against defendant Bank of America, N.A. (ECF No. 54.) Defendant Bank of America has not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case is dismissed with prejudice as to Bank of America, N.A., only. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **April 15, 2019**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1